IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| HEALTH CARE SERVICE GROUP | * | |
| Plaintiff | * | |
| vs. | * | Civil Action No.: WMN-02-1613 |
| RAVENWOOD HEALTHCARE, INC. | * | |
| Defendant | ****** | |

## ORDER

Defendant having filed bankruptcy proceedings in which an automatic stay has been issued, it is, this 8th day of July 2002,

ORDERED that this action be administratively closed without prejudice to the right of plaintiff to move to reopen this action for good cause shown.

William M. Nickerson
Senior United States District Judge



U.S. District Court (Rev. 12/1999)